1  Rob Bonta, State Bar No. 202668
   Attorney General of California
2  Anthony R. Hakl, State Bar No. 197335
   Supervising Deputy Attorney General
3  David Green, State Bar No. 287176
   Deputy Attorney General
4    1300 I Street, Suite 125
     Sacramento, CA 95814
5    Telephone: (916) 210-6242
     Fax: (916) 324-8835
6    E-mail: David.Green@doj.ca.gov
   *Attorneys for Defendants*

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | **PROFESSIONAL COMPOUNDING CENTERS OF AMERICA, INC.,** | Case No. 2:25-cv-02799-JAM-CSK |

13 |                                          Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** |

14 |                    v. |

15 |                                          | Date:       January 6, 2026 |
   |                                          | Time:       1:00 p.m. |
16 | **ANNE SODERGREN, Executive Officer of the California State Board of Pharmacy, JULIE ANSEL,** | Dept.:      6 |
   | **Deputy Executive Officer of the California State** | Judge:      The Honorable John |
17 | **Board of Pharmacy, SEUNG OH, President of the** |              A. Mendez |
   | **California State Board of Pharmacy, JESSICA** |
18 | **CROWLEY, Vice President of the California State** |
   | **Board of Pharmacy, TREVOR CHANDLER,** |
19 | **Treasurer of the California State Board of** |
   | **Pharmacy, RENEE ARMENDARIZ, Member of the** |
20 | **California State Board of Pharmacy, KARTIKEYA** |
   | **JHA, Board Member of the California State Board** |
21 | **of Pharmacy, SATINDER SANDHU, Member of the** |
   | **California State Board of Pharmacy, MARIA D.** |
22 | **SERPA, Member of the California State Board of** |
   | **Pharmacy, NICOLE THIBEAU, Member of the** |
23 | **California State Board of Pharmacy, JEANETTE** |
   | **DONG, Member of the California State Board of** |
24 | **Pharmacy, JEFF HUGHES, Member of the** |
   | **California State Board of Pharmacy, CLAUDIA L.** |
25 | **MERCADO, Member of the California State Board** |
   | **of Pharmacy, JASON NEWELL, Member of the** |
26 | **California State Board of Pharmacy, and RICARDO** |
   | **SANCHEZ, Member of the California State Board of** |
27 | **Pharmacy, all in their official capacities,** |

28 |                                          Defendants. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, on January 6, 2026, at 1:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable John A. Mendez, United States District Judge, in Courtroom 6 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, CA 95814, Defendants Anne Sodergren, Executive Officer of the California State Board of Pharmacy (the Board); Julie Ansel, Deputy Executive Officer of the Board; Seung Oh, President of the Board; Jessica Crowley, Vice President of the Board; Trevor Chandler, Treasurer of the Board; Renee Armendariz Barker, Member of the Board; Kartikeya Jha, Board Member of the Board; Satinder Sandhu, Member of the Board; Maria D. Serpa, Member of the Board; Nicole Thibeau, Member of the Board; Jeanette Dong, Member of the Board; Jeff Hughes, Member of the Board; Claudia L. Mercado, Member of the Board; Jason Newell, Member of the Board; and Ricardo Sanchez, Member of the Board, all sued in their official capacities, will and hereby do move this Court to dismiss without leave to amend Plaintiff's Complaint for Declaratory and Injunctive Relief, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). **This motion is made following the conference of counsel pursuant to the Court's standing order which took place on November 18, 2025.**

This motion is based on this Notice, the Memorandum of Points and Authorities, the accompanying Request for Judicial Notice, all papers, and pleadings on file in this action, and such other matters as the Court may deem appropriate. The motion to dismiss is brought on the following grounds:

1. Plaintiff's First Cause of Action is subject to dismissal for failure to state a claim upon which relief can be granted.

2. Plaintiff's Second Cause of Action is subject to dismissal because Defendants are entitled to sovereign immunity.

///

///

///

1

1    Dated:  November 25, 2025                    Respectfully submitted,

2                                                ROB BONTA
                                                 Attorney General of California
3                                                ANTHONY R. HAKL
                                                 Supervising Deputy Attorney General
4

5                                                /s/ David Green
6                                                DAVID GREEN
                                                 Deputy Attorney General
7                                                Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28