Eric J. Beste (SBN 226089)
Eric.Beste@btlaw.com
David A. Frazee (*Pro Hac Vice*)
David.Frazee@btlaw.com
**BARNES & THORNBURG LLP**
655 West Broadway, Suite 1300
San Diego, California 92101
Telephone: (619) 321-5000
Facsimile: (310) 284-3894

Attorneys for Plaintiff
PROFESSIONAL COMPOUNDING CENTERS
OF AMERICA, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

PROFESSIONAL COMPOUNDING CENTERS OF AMERICA, INC.,

*Plaintiff,*

*v.*

ANNE SODERGREN, Executive Officer of the California State Board of Pharmacy, JULIE ANSEL, Deputy Executive Officer of the California State Board of Pharmacy, SEUNG OH, President of the California State Board of Pharmacy, JESSICA CROWLEY, Vice President of the California State Board of Pharmacy, TREVOR CHANDLER, Treasurer of the California State Board of Pharmacy, RENEE ARMENDARIZ, Member of the California State Board of Pharmacy, KARTIKEYA JHA, Board Member of the California State Board of Pharmacy, SATINDER SANDHU, Member of the California State Board of Pharmacy, MARIA D. SERPA, Member of the California State Board of Pharmacy, NICOLE THIBEAU, Member of the California State Board of Pharmacy, JEANETTE DONG, Member of the California State Board of Pharmacy, JEFF HUGHES, Member of the California State Board of Pharmacy, CLAUDIA L. MERCADO, Member of the California State Board of Pharmacy, JASON NEWELL Member of the California State Board of Pharmacy, and RICARDO SANCHEZ, Member of the California State Board of Pharmacy, *all in their official capacities*,

*Defendants.*

Case No.: 2:25-cv-02799-JAM-CSK

**FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF No. 54)**

Ctrm. 6 (14th Floor)

Assigned to:
Senior District Judge John A. Mendez

Referred to:
Magistrate Judge Chi Soo Kim

Pursuant to L.R. 143, Plaintiff and Defendants stipulate and respectfully request that this Court extend the deadlines contained in the Pretrial Scheduling Order entered by this Court on March 19, 2026. [ECF No. 44] The Parties submit the following good cause to support the requested extensions:

1. On February 23, 2026, Plaintiff filed its Amended Complaint for Declaratory, Injunctive, and Other Relief, alleging four separate claims for relief under the First, Fifth, and Fourteenth Amendments to the U.S. Constitution. [ECF No. 42]

2. On March 25, 2026, Defendants filed a Motion to Dismiss the Amended Complaint, arguing that all claims should be dismissed. [ECF No. 45] Plaintiff filed an Opposition to the Motion to Dismiss, and Defendants filed a reply in support. [ECF Nos. 47, 50]

3. On March 29, 2026, this Court entered the Pretrial Scheduling Order, setting various deadlines for the case, including the deadline for filing dispositive motions (March 5, 2027), the final pretrial conference (July 2, 2027), and jury trial (August 16, 2027). [ECF No. 44]

4. On April 29, 2026, this Court took the fully-briefed Motion to Dismiss under submission, and vacated the hearing date set for May 5, 2026. [ECF No. 51]

5. Three months later, on July 29, 2026, this Court entered an order granting in part and denying in part Defendants' Motion to Dismiss, holding that Plaintiff had not sufficiently pled claims under the First and Fourteenth Amendment, but holding that two claims based on the Fifth Amendment's Takings Clause were sufficient to survive the pleading stage. [ECF No. 52]

6. On August 18, 2026, Defendants answered the remaining claims in the Amended Complaint. [ECF No. 53]

7. During the pendency of the Motion to Dismiss, the Parties refrained from imposing on each other the costs and burdens of responding to discovery, as they all recognized that this Court might not permit all claims to proceed past the pleading stage. Since the Court's issuance of an Order on the Motion to Dismiss, the Parties have exchanged Rule 26 initial disclosures and started the process of discovery. Nonetheless, given the passage of time since the entry of the Pretrial Scheduling Order, much of the time initially set by this Court to conduct fact and expert discovery has passed.

8. While there are only two remaining claims in the Amended Complaint, the Parties anticipate needing additional time to conduct discovery on those claims, to engage and prepare expert witnesses, to prepare any potential dispositive motions, to explore potential settlement discussions, and if necessary, to prepare this case for trial. Accordingly, the Parties respectfully request that the following deadlines in the Pretrial Scheduling Order be modified as follows:

| **Event Description** | **Original Deadline/Date** | **Proposed Deadline/Date** | **Pretrial Scheduling Order [ECF No. 44]** |
|---|---|---|---|
| Expert Disclosures Deadline (FRCP 26(a)(2)) | October 23, 2026 | December 11, 2026 | Disclosure of Expert Witnesses (p. 6) |
| Supplemental and Rebuttal Expert Disclosure Deadline (FRCP 26(a)(2)(c)) | December 4, 2026 | January 22, 2027 | Disclosure of Expert Witnesses (p. 6) |
| Discovery Completed Deadline | January 8, 2027 | February 19, 2027 | Discovery (p. 6) |
| All Dispositive Motions Deadline | March 5, 2027 | April 23, 2027 | Motion Hearing Schedules (p. 2) |
| Hearing on Dispositive Motions | May 4, 2027 at 1:00 PM | June 8, 2027 at 1:00 PM | Motion Hearing Schedules (p. 2) |
| Final Pre-Trial Conference | July 2, 2027 at 11:00 AM | August 20, 2027 at 11:00 AM | Final Pretrial Conference (pp. 7-8) |
| Jury Trial | August 16, 2027 at 9:00 AM | October 4, 2027 at 9:00 AM | Trial Setting (p. 9) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. This is the Parties' first request to extend the deadlines contained in the Pretrial Scheduling Order.

IT IS SO STIPULATED.

Dated: September 21, 2026

**BARNES & THORNBURG LLP**

By: */s/ Eric J. Beste*
Eric J. Beste
David A. Frazee (*Pro Hac Vice*)
Attorneys for the Plaintiff
PROFESSIONAL COMPOUNDING CENTERS OF AMERICA, INC.

Dated: September 21, 2026

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ David Green*
DAVID GREEN
Deputy Attorney General
Attorneys for Defendants

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| **Event Description** | **Original Deadline/Date** | **New Deadline/Date** |
|---|---|---|
| Expert Disclosures Deadline (FRCP 26(a)(2)) | October 23, 2026 | **December 11, 2026** |
| Supplemental and Rebuttal Expert Disclosure Deadline (FRCP 26(a)(2)(c)) | December 4, 2026 | **January 22, 2027** |
| Discovery Completed Deadline | January 8, 2027 | **February 19, 2027** |
| All Dispositive Motions Deadline | March 5, 2027 | **April 23, 2027** |
| Hearing on Dispositive Motions | May 4, 2027 at 1:00 PM | **June 08, 2027, at 1:00 PM** |
| Final Pre-Trial Conference | July 2, 2027 at 11:00 AM | **August 20, 2027, at 11:00 AM** |
| Jury Trial | August 16, 2027 at 9:00 AM | **October 04, 2027, at 9:00 AM** |

**IT IS SO ORDERED.**

Dated: October 09, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE