Eric J. Beste (SBN 226089)
Eric.Beste@btlaw.com
David A. Frazee (*Pro Hac Vice*)
David.Frazee@btlaw.com
**BARNES & THORNBURG LLP**
655 West Broadway, Suite 1300
San Diego, California 92101
Telephone: (619) 321-5000
Facsimile: (310) 284-3894

Attorneys for Plaintiff
PROFESSIONAL COMPOUNDING CENTERS
OF AMERICA, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

PROFESSIONAL COMPOUNDING CENTERS OF AMERICA, INC.,

*Plaintiff,*

*v.*

ANNE SODERGREN, Executive Officer of the California State Board of Pharmacy, JULIE ANSEL, Deputy Executive Officer of the California State Board of Pharmacy, SEUNG OH, President of the California State Board of Pharmacy, JESSICA CROWLEY, Vice President of the California State Board of Pharmacy, TREVOR CHANDLER, Treasurer of the California State Board of Pharmacy, RENEE ARMENDARIZ, Member of the California State Board of Pharmacy, KARTIKEYA JHA, Board Member of the California State Board of Pharmacy, SATINDER SANDHU, Member of the California State Board of Pharmacy, MARIA D. SERPA, Member of the California State Board of Pharmacy, NICOLE THIBEAU, Member of the California State Board of Pharmacy, JEANETTE DONG, Member of the California State Board of Pharmacy, JEFF HUGHES, Member of the California State Board of Pharmacy, CLAUDIA L. MERCADO, Member of the California State Board of Pharmacy, JASON NEWELL Member of the California State Board of Pharmacy, and RICARDO SANCHEZ, Member of the California State Board of Pharmacy, *all in their official capacities,*

*Defendants.*

Case No.: 2:25-cv-02799-JAM-CSK

**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSITION AND REPLY TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Ctrm. 6 (14th Floor)

Assigned to:
Senior District Judge John A. Mendez

Referred to:
Magistrate Judge Chi Soo Kim

**STIPULATION**

Plaintiff and Defendants stipulate and respectfully request that this Court extend the deadlines to file the opposition and reply to Defendants' Motion for Judgment on the Pleadings. The Parties submit the following good cause to support the requested extensions:

1. On October 23, 2026, Defendants filed their Motion for Judgment on the Pleadings. [ECF No. 57]

2. Plaintiff's deadline to file its opposition to Defendants' Motion for Judgment on the Pleadings is currently set for November 6, 2026, and Defendants' deadline to file their reply is November 16, 2026.

3. On October 28, 2026, this Court entered an Order vacating the hearing date on Defendants' Motion for Judgment on the Pleadings, and directed Defendants to request a new hearing date and file a new Notice of Motion. [ECF No. 58]

4. Lead counsel for Plaintiff has competing deadlines in other federal cases and will be traveling the week of November 6, when Plaintiff's opposition is due.

5. The Parties have conferred and Defendants have no objection to a brief extension of the deadline for filing an opposition, so long as a brief extension of Defendants' reply brief is also given.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. Accordingly, the Parties respectfully request that the deadlines to file the opposition and reply to Defendants' Motion for Judgment on the Pleadings be modified as follows:

a. Plaintiff's deadline to file its opposition is extended to November 13, 2026.

b. Defendants' deadline to file their reply is extended to November 25, 2026.

**IT IS SO STIPULATED.**

Dated: October 29, 2026

**BARNES & THORNBURG LLP**

By: *<u>/s/ Eric J. Beste</u>*
Eric J. Beste
David A. Frazee (*Pro Hac Vice*)
Attorneys for the Plaintiff
PROFESSIONAL COMPOUNDING CENTERS OF AMERICA, INC.

Dated: October 29, 2026

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*<u>/s/ David Green</u>*
DAVID GREEN
Deputy Attorney General
Attorneys for Defendants

## <u>ORDER</u>

Having considered the Parties' Stipulation to Extend Deadlines to File Opposition and Reply to Defendants' Motion for Judgment on the Pleadings, and good cause having been shown, the Court hereby ORDERS that the deadlines are amended as follows:

Plaintiff's deadline to file its opposition is **EXTENDED** to **November 13, 2026**.

Defendants' deadline to file their reply is **EXTENDED** to **November 25, 2026**.

**IT IS SO ORDERED.**

Dated: October 29, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE